**FILED**
June 11, 2014
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                               )<br>               Plaintiff,                        )<br>v.                                                          )<br>                                                               )<br>ROBERT JOHN WILLS,                   )<br>                                                               )<br>               Defendant.                     ) | Case No. 2:14-mj-00128-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, ROBERT JOHN WILLS, Case No. 2:14-mj-00128-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $100,000.00

    ___   Unsecured Appearance Bond

    _X_   Secured Appearance Bond

    _X_   (Other) Conditions as stated on the record.

    _X_   (Other) The secured bond paperwork is to be filed by 6/18/2014.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  6/11/2014   at  2:45 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge