BENJAMIN B. WAGNER
United States Attorney
JEFFREY A. SPIVAK
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MJ-128-EFB |
| Plaintiff, | |
| ROBERT WILLS, | STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE |
| Defendant. | |
| | Judge: Hon. Edmund F. Brennan |

**STIPULATION**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. By prior order, this matter was set for a Preliminary Hearing on July 11, 2014.
2. By this Stipulation, the parties now move to continue the Preliminary Hearing until August 18, 2014, at 2:00 p.m.
3. The defendant is presently out of custody and being supervised by a Pretrial Services Officer.

///

4. The parties have discussed a potential pre-indictment resolution of this matter.  The parties need further time to discuss this matter, discuss any potential consequences, and to allow counsel for the defendant reasonable time necessary for preparation and further investigation.

5. Defendant understands that pursuant to 18 U.S.C. § 3161(b), "any information or indictment charging an individual with the commission of an offense shall be filed within thirty days from the date on which such individual was arrested."  Time may be excluded under the Speedy Trial Act if the Court finds that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The parties jointly move to exclude time within which any indictment or information shall be filed from July 11, 2014, through and including August 18, 2014, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), because failure to do so would "deny counsel for the defendant . . . the reasonable time necessary for effective preparation, taking into account the exercise of due diligence."

6. Good cause exists under Rule 5.1(d) of the Federal Rules of Criminal Procedure.

**IT IS SO STIPULATED.**

DATED: June 30, 2014            /s/ Jeffrey A. Spivak
                                JEFFREY A. SPIVAK
                                Assistant U.S. Attorney

DATED: June 30, 2014            /s/ Randy Sue Pollock
                                RANDY SUE POLLOCK
                                Attorney for Robert Wills
                                (as authorized on June 30, 2014)

**ORDER**

IT IS SO FOUND AND ORDERED, this 30th day of June, 2014.

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE