RANDY SUE POLLOCK
Attorney at Law (CSBN 64493)
3824 Grand Avenue, Ste. 120
Oakland, CA 94610
Telephone: (510)763-9967
Facsimile: (510)380-6551
rsp@rspollocklaw.com

Attorney for Defendant
ROBERT WILLS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

–ooo–

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 14-CR-00221-KJM** |
| Plaintiff, | **REQUEST TO RETURN COLLATERAL** |
| vs. | **Sentencing Date: June 10, 2015** |
| ROBERT WILLS, | |
| Defendant. | |

On June 25, 2014, a property bond in the amount of $100,000 was filed to secure the pretrial release of Robert Wills.  (A recorded copy of the Deed of Trust executed by Trustors Cary Lee Ables and Carrie J. Ables is attached as Exhibit A.)  On July 29, 2015, the Court sentenced Robert Wills to one year and one day of imprisonment followed by a three-year period of supervised release.  The Court also imposed a $1,000 special assessment and a $6,000 fine.  Given his surrender to Bureau of Prisons on September 30, 2015, Mr. Wills, through his counsel Randy Sue Pollock, requests a court order to reconvey the property used to secure defendant's pretrial release.

Dated:  June 24, 2016                    Respectfully submitted,

                                         /s/ Randy Sue Pollock
                                         RANDY SUE POLLOCK
                                         Counsel for Defendant ROBERT WILLS

REQUEST TO RETURN COLLATERAL; ~~PROPOSED~~ ORDER                                                    1

**PROPOSED ORDER**

Good cause appearing, IT IS HEREBY ORDERED that the Clerk reconvey the property used to secure the pretrial release of Defendant Robert Wills.

Dated: June 28, 2016.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE



**FILED**

JUN 2 5 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
           DEPUTY CLERK

United States District Court
Clerks Office Suite 4-200
501 I street
Sacramento, CA 95814
**Date 6/23/14**

Dear Sir,

Enclosed is a Recorded Deed for the

Case # 14-00128-EFB.

US vs. Wills

Sincerely yours,

Carrie JP Ables

Ables

PO Box 3029

Weaverville, CA 96093

```
Receipt: 201406002254

TRINITY COUNTY CLERK-RECORDER'S OFFICE

Teller: DLB Station: 019 Drawer: 001
Date: 6/23/2014 12:22:46 PM

GENERAL PUBLIC

201402334              3    $   20.00
Amount Due                  $   20.00
Amount Received             $   20.00
  CASH
Change                      $    0.00
Balance Due                 $    0.00
```

```
Doc # 201402334
Page 1 of 3
Date: 6/23/2014 11:59A
Filed by: GENERAL PUBLIC
Filed & Recorded in Official Records
of TRINITY COUNTY, CA
DEANNA L BRADFORD
COUNTY CLERK-RECORDER
Fee: $20.00
```

RECORDING REQUESTED BY
Cary Lee Ables and Carrie J. Ables
AND WHEN RECORDED MAIL TO

NAME  Randy Sue Pollock, Attorney at Law
ADDRESS  3824 Grand Avenue, Suite 120
CITY & STATE  Oakland, CA 94610

Title Order No. _____  Escrow No. _____

SPACE ABOVE THIS LINE FOR RECORDER'S USE

# DEED OF TRUST

This DEED OF TRUST, made June 17, 2014                                                                                     , between

CARY LEE ABLES and CARRIE J. ABLES                                                                           herein called TRUSTOR,

whose address is  160 PARK AVENUE, WEAVERVILLE, CA 96093
                   (Number and Street)                    (City)                          (State)      (Zip Code)

CHICAGO TITLE COMPANY, a California Corporation, herein called TRUSTEE, United States District Court, and

CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA   herein called BENEFICIARY,

Trustor irrevocably grants, transfers and assigns to Trustee in Trust, With Power of Sale that property in

WEAVERVILLE                                 County of  TRINITY                     , California, described as:

LEGAL DESCRIPTION ON EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF.

Together with rents, issues and profits thereof, subject, however, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

For the purpose of Security (1) payment of the Sum of   100,000.00   with interest thereon according to the terms of of even date herewith made by Trustor, payable to the order or Beneficiary, and extensions or renewals thereof; (2) the performance of each agreement of Trustor incorporated by reference or contained herein or reciting it is so secured; (3) Payment of additional sums and interest thereon which may hereafter be loaned to Trustor, or his successors or assigns, when evidenced by a promissory note or notes reciting that they are secured by this Deed of Trust.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of the Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernadino | 6213 | 768 | Sutter | 655 | 585 |
| Contra Costa | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolomne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2507 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 Book 1964, Page 149774 | | | | | |

T 365 Legal (12-93) Page 1 of 4

A and B, (identical in all counties, and printed on the reverse side hereof) are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by laws.

▬▬▬ The foregoing assignment of rents is absolute unless initiated here, in which case, the assignment serves as additional security.

The undersigned Trustor, requests that a copy of any notice of default and any notice of sale hereunder be mailed to him at his address herein before set forth.

STATE OF CALIFORNIA

COUNTY OF Trinity

On 6-23-14 before me,

Kimberly Trujillo

Notary Public, personally appeared

Cary Lee Albes
Carrie J. Albes

who proved to me on the basis of satisfactory evidence to be the person(s) who name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s on the instrument the person(s), or the entity upon behalf of which the person(s), or the entity upon behalf of which the person(s) acted, executed this instrument.

I certify under PENALTY of PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature

Signature of Truster

Cary Lee Albes
Carrie J. Albes

KIMBERLY TRUJILLO
COMM. NO. 2003815
NOTARY PUBLIC - CALIFORNIA
TRINITY COUNTY
MY COMMISSION EXPIRES
JANUARY 12, 2017

(This area for official notorial seal)

DOC # 201402334  Page 2 of 3

# EXHIBIT A TO DEED OF TRUST

TRUSTOR:         CARY LEE ABLES and CARRIE J. ABLES

TRUSTEE:         CHICAGO TITLE COMPANY

BENEFICIARY:     CLERK, UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

## LEGAL DESCRIPTION

That real property situated in the County of Trinity, State of California, described as follows:

### TRACT A:

Parcel 1 of the Parcel Map for Francis and Kathleen R. Wilkinson in Lot 2 Block 3 Weaverville Townsite, filed for record in the office of the County Recorder, Trinity County, California on November 20, 1978 in book 11 Maps and Surveys page 104.

### TRACT B:

Parcel 1 of the Parcel Map for David P. and Janice Frase in Lot 2 Block 3 Weaverville Townsite, filed for record in the office of the County Recorder, Trinity County, California on March 9, 1978 in book 10 Maps and Surveys page 176.

THIS IS A TRUE CERTIFIED COPY OF THE RECORD IF IT BEARS THE SEAL OF THE COUNTY RECORDER IMPRINTED IN PURPLE INK.

JUN 25 2014

DEANNA L. BRADFORD, COUNTY RECORDER
TRINITY COUNTY, CALIFORNIA
BY _____ DEPUTY



Page 3 of 3